# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

J. BENJAMIN ZAPATA AND
AMANDA ZAPATA

NO.  2020 CW 0275

VERSUS

STEPHEN WAYNE SEAL,
DIVERSIFIED WELL LOGGING,
INC. AND NAVIGATORS
INSURANCE COMPANY

**MAY 28, 2020**

---

In Re:   Stephen Wayne Seal, Diversified Well Logging, Inc. and
         Navigators Insurance Company, applying for rehearing,
         21st Judicial District Court, Parish of Tangipahoa,
         No. 20150000461.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **APPLICATION FOR REHEARING NOT CONSIDERED.**  See Rule 2-18.7,
Uniform Rules of the Louisiana Courts of Appeal.


                              **JMM**
                              **MRT**
                              **WRC**


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT